MICHAEL LITTMAN
State Bar #120625
105 West "F" St., 4th Fl.
San Diego, CA 92101
(619) 236-1030

Attorney for Defendant
MARIA EUGENIA GUTIERREZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal No. 05-CR-2244-H |
|---|---|---|
| Plaintiff, | ) | ***EX PARTE* APPLICATION TO MODIFY CONDITIONS OF BOND** |
| v. | ) | |
| MARIA EUGENIA GUTIERREZ, | ) | **AND ORDER THEREON** |
| Defendant. | ) | |

NOW COMES MICHAEL LITTMAN, attorney for defendant MARIA EUGENIA GUTIERREZ in the above-entitled matter and states as follows:

Ms. Gutierrez is currently out of custody on pretrial release after posting a $100,000.00 fully secured personal surety bond co-signed by her husband, Melton Gutierrez and her sister and brother-ion-law, Maria and Mario Martinez (see Conditions of Release attached hereto as Exhibit "A").

While on of custody, Ms. Gutierrez has been reporting to pretrial services on a regular basis and has complied with all the conditions of her pretrial release.

Previously Ms. Gutierrez has had the conditions of her bond modified to allow her to visit her son who resides in Coalinga, California which is in the Eastern District of California. The Court has also modified the conditions of her release to include the Central District of California. Ms. Gutierrez is now requesting that her bond be modified to include travel to the Eastern District of California.

The sureties on the bond have no objection to the Ms. Gutierrez's request to visit her son in Coalinga, California (see Declarations attached hereto as Exhibits "B" and "C").

1

1  Your declarant has discussed this matter with Assistant U.S. Attorney Orlando Gutierrez who is
2  currently assigned to handle this matter. AUSA Gutierrez has no opposition to modifying Ms.
3  Gutierrez's conditions of pretrial release to include travel to the Eastern District of California as
4  requested as exhibited by his signature hereto.
5  Your declarant has also spoken to U.S. Pretrial Service Officer Jennifer Gordon who is
6  currently the supervising pretrial officer for Ms. Gutierrez. Ms. Gordon has no opposition to
7  modifying Ms. Gutierrez's conditions of pretrial release to permit her to travel to visit her son as
8  requested as exhibited by her signature hereto.
9  It is therefore requested that the conditions of Maria Eugenia Gutierrez's bond be modified as
10 requested herein.

11                                              Respectfully submitted,

12 DATED: 9/29/06

13                                              _____
                                                MICHAEL LITTMAN
14                                              Attorney for Defendant
                                                MARIA EUGENIA GUTIERREZ
15

16
    APPROVED:                                   APPROVED:
17  CAROL C. LAM                                 U.S PRETRIAL SERVICES
    UNITED STATES ATTORNEY
18

19  By_____                   By_____
20  ORLANDO GUTIERREZ                            JENNIFER GORDON
    Attorneys for Plaintiff                     U.S. Pretrial Services Officer
21

22                                        **ORDER**

23  **IT IS HEREBY ORDERED** that the conditions of release for Maria Eugenia Gutierrez be
24  modified to include travel to the Eastern District of California.
25
26  Dated: 9/29/06

27                                              _____
                                                WILLIAM McCURINE, JR.
28                                              UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff, ) | CRIMINAL CASE NO. _05 MG 1917_ |
| v. ) | |
| _Maria Eugenia Gutierrez (4)_ Defendant. ) | ORDER AND CONDITIONS OF PRETRIAL RELEASE: BAIL (18 U.S.C. § 3142(c)) |

A hearing was held to determine pretrial conditions of release of the defendant pursuant to 18 U.S.C. § 3142. The Federal Judge determined an unconditional release pursuant to 18 U.S.C.§ 3142(b) is not sufficient to assure the appearance of the defendant and the safety of the community. Thus, conditions of pretrial release are necessary pursuant to 18 U.S.C.§ 3142(c). *Good cause appearing*, IT IS ORDERED that the defendant shall be released subject to the condition that the defendant: *(a) not commit a federal, state or local crime during the period of release, (b) make all court appearances and (c) comply with the conditions itemized below, as indicated by (✓), in accordance with 18 U.S.C.§ 3142(c)(2):*

## STANDARD CONDITIONS:

✓ 1. restrict travel to ❑ San Diego County, ☒ Southern District of California, ❑ Central District of California, ❑ State of California, ❑ United States, ☒ do not enter Mexico, ❑ other:_____;
✓ 2. report for supervision to Pretrial Services Agency (PSA) as directed by the assigned PSO and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court;
✓ 3. not possess or use any narcotic drug or controlled substance, (defined in 21 U.S.C. § 802), without a lawful medical prescription;
✓ 4. not possess any firearm, dangerous weapon or destructive device during the pendency of the case;
✓ 5. read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Form;
✓ 6. provide a current residence address and phone number prior to release and keep it current while case pending.

## ADDITIONAL CONDITIONS:

___ 7. be able to legally remain in the United States during pendency of the proceedings;
___ 8. submit to treatment, and/or testing, as specified by the PSO, for:
   ❑ drugs or alcohol, and/or ❑ psychiatric or psychological counseling;
___ 9. participate in a Global Positioning System (GPS) satellite monitoring program ❑ active ❑ passive, including, release of defendant to PSA custody; and ❑ residence restrictions and/or ❑ permissive travel for employment. Defendant and sureties are responsible for GPS equipment loss or damage.
   ❑ submit to supervision and custody of _____; and/or
   ❑ remain at a specified residence (curfew) between the hours of ____ P.M. and ____ A.M. daily;
✗ 10. actively seek and maintain full-time employment, schooling, or combination of both;
✗ 11. execute a personal appearance bond in the amount of $ _100,000_ secured by:
   ☒ a trust deed to the United States on real estate approved by a Federal Judge;
   ❑ the co-signatures of _____ financially responsible (related) adults;
   ❑ Nebbia Hearing ❑ Exam of Sureties ❑ other: _____
___ 12. provide the court with: ❑ a cash bond and/or ❑ execute a bail bond by an approved solvent corporate surety in the amount of $ _____ that covers **ALL** conditions of release (not just appearances).
___ 13. 18 U.S.C.§ 3142(d) hold until _____; if no detainer is lodged by then, these conditions take effect.
___ 14. clear all warrants/FTA's within _____ days of release.
___ 15. all conditions previously set will remain the same.
✓ 16. other conditions: (1) PTS must interview & re background before release & exam of sureties (2) bond must be secured by at least 2 different pieces of real property. Each property must secure $50,000. Arianna have an ownership interest in one of the properties. The Fantasy Lane residence cannot be used as security.

DATED: _12/2/05_                              _/s/ N. McCurine Jr._
                                                      Federal Judge

cc:   Defendant/Counsel & U.S. Pretrial Services

EXHIBIT " A "

## DECLARATION OF MELITON GUTIERREZ

NOW COMES MELITON GUTIERREZ and declares that he is one of the sureties on the bond securing the pretrial release of MARIA EUGENIA GUTIERREZ.

Your declarant is aware that Maria Eugenia Gutierrez is seeking permission from the Court to travel outside of the Southern District of California to visit her son, Nelson Alfaro, who is currently residing in Coalinga, California. Your declarant understands that Coalinga, California is in the Eastern District of California.

Your declarant has no objection to the conditions of release of Maria Gutierrez' bond being modified to allow her to travel to the Eastern District of California any time she requests.

Your declarant further understands that all other conditions of the bond securing the pretrial release of Maria Eugenia Gutierrez will remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: 09/28/06

_____
MELITON GUTIERREZ

EXHIBIT "B"

## DECLARATION OF MARIO AND MARIA MARTINEZ

NOW COMES MARIO and MARIA MARTINEZ and declare that they are two of the sureties on the bond securing the pretrial release of MARIA EUGENIA GUTIERREZ.

Your declarants are aware that Maria Eugenia Gutierrez is seeking permission from the Court to travel outside of the Southern District of California to visit her son, Nelson Alfaro, who is currently residing in Coalinga, California. Your declarants understand that Coalinga, California is in the Eastern District of California.

Your declarants have no objection to the conditions of release of Maria Gutierrez' bond being modified to allow her to travel to the Eastern District of California any time she requests.

Your declarants further understand that all other conditions of the bond securing the pretrial release of Maria Eugenia Gutierrez will remain in full force and effect.

We declare under penalty of perjury that the foregoing is true and correct to the best of our knowledge and belief.

DATED: 9/29/06

_____
MARIO MARTINEZ

DATED: 9/29/06

_____
MARIA MARTINEZ

EXHIBIT "C"